UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

      - against -                       18cr141 (JGK)

**RICO GONZALEZ,**                           <u>ORDER</u>

              Defendant.
―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The defendant has sought release pursuant to the First Step Act. The Government should respond to the motion by June 3, 2020. The defendant may reply by June 10, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **May 19, 2020**                 <u>/s/ John G. Koeltl</u>
                                          **John G. Koeltl**
                             **United States District Judge**