UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

RICO GONZALEZ,

        Defendant.

18-cr-0141 (JGK)

ORDER

---

JOHN G. KOELTL, United States District Judge:

As discussed at the conference held today, a conference is scheduled for 11:00 a.m. on December 10, 2021. The parties may access the conference using the following dial-in: (888) 363-4749, with access code 8140049.

    SO ORDERED.

Dated: September 9, 2021
      New York, New York

                                 John G. Koeltl
                           United States District Judge