UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                              18-cr-141 (JGK)

RICO GONZALEZ,                            ORDER

                 Defendant.

---

JOHN G. KOELTL, District Judge:

    As discussed at the conference held on December 21, 2021, the parties are directed to appear for a conference on **January 27, 2022 at 11:00 a.m.** in Courtroom 14A, 500 Pearl St., New York, NY 10007.

SO ORDERED.

Dated:    New York, New York
             December 22, 2021

                                                  John G. Koeltl
                                        United States District Judge