# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 11, 2022

*Via ECF*

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*ADJOURNED TO THURSDAY, FEBRUARY 17, 2022, AT 4:30PM.*
*SO ORDERED.*

*/s/ G. Koeltl*
1/11/22       USDJ

Re:   United States v. Rico Gonzalez, 18 CR 141 (JGK)

Dear Judge Koeltl:

With the consent of the government, I write to seek an adjournment of Mr. Gonzalez's sentencing, currently scheduled for January 27, 2022. I need additional time to prepare Mr. Gonzalez's submission. Accordingly, I ask for an adjourned date on a day and at a time convenient for the Court during the week of February 14, 2022.

Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc:   AUSA Christopher Clore (via ECF)