Case 1:18-cr-00141-JGK   Document 52   Filed 02/09/22   Page 1 of 1

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 9, 2022

*Via ECF*
The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*[handwritten: Adjourned to Monday, April 25, 2022, at 4:30 pm. So ordered. [signature] 2/9/22  JSDJ]*

Re:    *United States v. Rico Gonzalez, 18 CR 141 (JGK)*

Dear Judge Koeltl:

    With the consent of the government, I write to seek an adjournment of Mr. Gonzalez's sentencing, currently scheduled for March 1, 2022. Mr. Gonzalez is detained at Essex County Jail and my ability to confer with him about sentencing arguments and related issues has been very limited. In order to ensure that I have enough time to consult with Mr. Gonzalez before his sentencing, I ask for an adjourned sentencing date in early or mid-April.

    Thank you.


Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750


cc:    AUSA Christopher Clore (via ECF)